■ NORMAN GORDON, Respondent, v MARTIN N. ABELSON, Appellant.—In an action, *inter alia,* to dissolve a partnership, the defendant appeals from an order of the Supreme Court, Queens County, dated September 1, 1977, which, *inter alia,* directed both parties to deliver to the temporary receiver all moneys paid to them by patients whom they treated at the offices of their dental partnership. Appeal held in abeyance and the parties are directed to proceed with the arbitration on June 27, 1978; the arbitrator is to determine the questions before him without undue delay and the parties are to advise the court forthwith of the arbitrator's decision. Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.

(June 21, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD ALLAN CLARK, Respondent, v SUPERINTENDENT OF THE GREEN HAVEN CORRECTIONAL FACILITY, Appellant.—In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Dutchess County, entered May 22, 1978, which granted the writ and directed that the petitioner be released forthwith from the custody and control of the New York State Department of Correctional Services. Judgment reversed, on the law and the facts, without costs or disbursements, proceeding dismissed, and petitioner is directed to surrender himself to the Superintendent of the Green Haven Correctional Facility. Under the circumstances of this case, habeas corpus relief was not proper. Hopkins, J. P., Damiani, Shapiro and Margett, JJ., concur.